IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BM CONSULTING SERVICES, INC., *Plaintiff,* v. RICHARD MASCIARELLI, et al., *Defendants.* | CIVIL ACTION NO. 21-4990 |

**PAPPERT, J.**                                                                            February 16, 2022

## ORDER

**AND NOW**, this 16th day of February 2022, upon consideration of Plaintiff BM Consulting Services's Motion to Remand (ECF 2), Defendants' Response (ECF 5) and BM's Reply (ECF 7), it is hereby **ORDERED** that the Motion is **GRANTED**.

                                                                 BY THE COURT:

                                                         */s/ Gerald J. Pappert*
                                                         GERALD J. PAPPERT, J.